# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THE WINE BAR AT KENSINGTON'S, INC., on behalf of J P MORGAN CHASE BANK, | ) ) ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. |
| | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Respondent, | ) |

## PETITION TO QUASH SUMMONS

Petitioner, THE WINE BAR AT KENSINGTON'S, INC., on behalf of P

MORGAN CHASE BANK, by and through its attorney, GEORGE C. PONTIKES of

GEORGE C. PONTIKES & ASSOCIATES, P.C., hereby petitions this Court to quash the

financial records of summons, propounded by the Commissioner of Internal Revenue,

upon U.S. BANK for production of certain records of THE WINE BAR AT

KENSINGTON'S, INC., and alleges the following in support thereof:

1. Venue is proper in the United States District Court for the Northern District of

Illinois, Eastern Division, because Petitioner and J P MORGAN CHASE BANK

conduct business in the United States District for the Northern District of Illinois,

1

Eastern Division.

2.    This Court has jurisdiction under §7609(h) of the Internal Revenue Code, in that the issue presented by this Petition is a Federal question.

3.    The Financial Records Summons is directed to THE WINE BAR AT KENSINGTON'S, INC., 429 West Ohio Street, #161, Chicago, Illinois 60654 and the Financial Records Summons seeks certain financial records of THE WINE BAR AT KENSINGTON'S, INC. from J P MORGAN CHASE BANK. A copy of the Financial Records Summons is attached as Exhibit "A" to this Petition.

4.    Petitioner, THE WINE BAR AT KENSINGTON'S, INC. seeks to quash the Service of Summons for the following reasons:

    (a)    The Financial Records Summons seeks records for purposes of "inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the taxpayer identified above for the period shown". There is no basis for any investigation for any alleged offense committed by THE WINE BAR AT KENSINGTON'S, INC., connected with the administration or enforcement of the Internal Revenue laws for the period of July 1, 2008 through December 31, 2008;

    (b)    The Financial Records Summons seeks records in violation of the rights of

THE WINE BAR AT KENSINGTON'S, INC., as protected by the Fifth

Amendment to the United States Constitution;

(c)     The requests for the documents in the Financial Records Summons are

overly broad.

**WHEREFORE,** THE WINE BAR AT KENSINGTON'S, INC., on behalf of J P

MORGAN CHASE BANK, prays that the Financial Records Summons issued to J P

MORGAN CHASE BANK on March 14, 2011, be quashed.


Respectfully submitted,

THE WINE BAR AT KENSINGTON'S, INC.,
on behalf of J P MORGAN CHASE BANK,


By: _____
Its attorney


George C. Pontikes
GEORGE C. PONTIKES & ASSOCIATES, P.C.
33 N. LaSalle Street
Suite 3350
Chicago, Illinois 60602
(312) 220-0022
ARDC No. 2230828